Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION,<br><br>PCC INVESTMENTS, LLC,<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>SAGUARO RANCH INVESTMENTS, LLC,<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>    Debtors. | Jointly Administered Under<br>Case No. 4:09-bk-02490-EWH<br>Chapter 11<br><br>Case No. 4:09-bk-02484-EWH<br>Chapter 11<br><br>Case No. 4:09-bk-02489-EWH<br>Chapter 11<br><br>Case No. 4:09-bk-02492-EWH<br>Chapter 11<br><br>Case No. 4:09-bk-02494-EWH<br>Chapter 11 |
| COURTLAND GETTEL, a married man as his sole and separate property,<br><br>    Plaintiff,<br><br>v.<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION, an Arizona corporation,<br><br>    Defendant. | Adv. No: 4-09-ap-00525-EWH<br><br>NOTICE OF REMOVAL |

The jointly administered debtors, debtors-in-possession, Saguaro Ranch Development Corporation, PCC Investments, LLC, Saguaro Guest

1

Ranch Management Corporation, Saguaro Ranch Investments, LLC, and Saguaro Ranch Real Estate Corporation files this Notice of Removal and allege as follows:

1. The jointly administered debtors, Saguaro Ranch Development Corporation, PCC Investments, LLC, Saguaro Guest Ranch Management Corporation, Saguaro Ranch Investments, LLC, and Saguaro Ranch Real Estate Corporation filed their voluntary Chapter 11 proceedings on February 13, 2009. This Court entered an Order for joint administration of these cases under Saguaro Ranch Development Corporation, Case No. 4:09-bk-02490-EWH on March 4, 2009.

2. Debtor Saguaro Ranch Development Corporation is the defendant in a state court action under Case No. C20086069.

3. Defendant sold Lot 39 at Saguaro Ranch to Plaintiff which had a pre-existing house on it utilized by the debtor as an office. Debtor carried back $350,000 note at 10% per annum. Debtor leased back the property from the Buyer at $17,000 per month. Debtor was making lease payments to Plaintiff when it discovered that the Plaintiff stopped making mortgage payments to the first mortgage holder in January 2008 and that the mortgage company had commenced a foreclosure sale.

4. The Plaintiff is Courtland Gettel purchaser of Lot 39. Mr. Gettel filed another complaint against the debtor which has been removed to this Court.

5. Defendant filed an answer denying the Plaintiff's requested

relief.

6. At issue is disclosure of entry points into the Saguaro Ranch Development and whether Plaintiff has been damaged by disclosure or lack thereof. Because this matter relates to a possible claim against the estate, adjudication of this matter is more properly determined in the Bankruptcy Court.

7. A copy of the Court file of Case No. C 20086069 will be filed in this proceeding once it has been received from the Superior Court. A copy of the Superior Court's unofficial docket is attached hereto as Exhibit A.

8. This action is related to the Debtors' cases under Chapter 11 and thus within this Court's jurisdiction pursuant to 28 U.S.C. § 1334(b).

9. This is an action which may be removed from the Superior Court of Arizona to this Court pursuant to 28 U.S.C. § 1452.

10. This Notice is timely filed pursuant to Bankruptcy Rule 9027(a)(3).

11. This notice is filed in the Bankruptcy Court pursuant to Local Bankruptcy Rule 9027-1(a) ("A notice of removal of litigation pending in a court in Arizona, together with an adversary proceeding cover sheet, shall be filed with the bankruptcy court clerk's office in the division where the removed litigation is pending."). We note that this removed action is within the automatic reference from the District Court to the Bankruptcy Court as provided in the District Court's General Order 01-15(1) filed June 29, 2001 ("Pursu-

| | |
|---|---|
| 1 | ant to 28 U.S.C. § 157(a), the court hereby refers to the |
| 2 | bankruptcy judges for this district all cases under title |
| 3 | 11 and all proceedings under title 11 or arising in or |
| 4 | related to a case under title 11 as of the effective date |
| 5 | of the present Bankruptcy Act.") |

12. Upon removal, the proceeding is a core proceeding and debtor consents to entry of final orders on judgement by the Bankruptcy Court.

13. Pursuant to Bankruptcy Rule 9027(c), a copy of this notice shall be filed this date in the file of the Clerk of the Superior Court in Pima County. Removal of the cause of action is effected upon filing a copy of the notice of removal. The parties shall proceed no further in the Superior Court unless and until the claim or cause of action is remanded.

DATED: May 13, 2009.

LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks for Debtor

COPIES of the foregoing
mailed/delivered/faxed
March 20, 2009, to:

Ilene J. Lashinsky
Christopher J. Pattock
UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

Official Committee of Unsecured Creditors:

Arizona Restaurant Supply, Inc.

```
         Attn: Tom Carr
         6077 N. Travel Center Drive
         Tucson, Arizona 85741

         Linthicum Corp.
         Attn: Clayton Boop
         20789 N. Pima Road, #250
         Scottsdale, Arizona 85255

         Rick Engineering Company, Inc.
         Attn: Paul Iezzi
         3945 E. Fort Lowell Road, #111
         Tucson, Arizona 85712-1046

         Three Architecture, Inc.
         Attn: Jack Baines
         4040 N. Central Expressway, #1200
         Dallas, TX 75204

         Earth-Scrapes Excavating, Inc.
         Attn: Jody Mott
         P O Box 69576
         Oro Valley, AZ 85737

Neil Eckel, Esq.
DURAZZO & ECKEL, P.C.
45 North Tucson Boulevard
Tucson, Arizona 85716
Attorneys for Amanti Electric, Inc.

Alan M. Levinsky
BUCHALTER NEMER
16435 North Scottsdale Road
Suite 440
Scottsdale, Arizona 85254
Attorneys for Ford Motor Credit Company LLC

Jeffrey H. Greenberg, Esq.
Stubbs & Schubart, P.C
340 N. Main ST.
Tucson, AZ 85701
Attorney for Gettel

Craig L. Keller, Esq.
Keller & Hickey, P.C.
2177 E. Warner Rd.
Suite 103
Tempe, AZ 85284
Special Attorney for Debtor
```

/s/ K. Horak


## Case Information

| | |
|---|---|
| Case Number: | C20086069 |
| File Date: | 9/3/2008 |
| Caption: | COURTLAND GETTEL VS. SAGUARO RANCH DEVELOPMENT CORPORATION |
| Judge: | Carmine Cornelio |


## Party Listing

| Party Full Name | Party Role | Name Type |
|---|---|---|
| COURTLAND GETTEL | Plaintiff | True |
| SAGUARO RANCH DEVELOPMENT CORPORATION | Defendant | True |


## Document Index Listing

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Ruling | In Chambers Re: | IN CHAMBERS: REASSIGNMENT: PLAINTIFF'S MOTION FOR RELIEF FROM AUTOMATIC STAY | 4/27/2009 | Available at Courthouse |
| Ruling | In Chambers Re: | IN CHAMBERS RULING | 4/15/2009 | Available at Courthouse |
| Notice | Notice Of Filing | PLAINTIFF'S NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY | 4/10/2009 | Available at Courthouse |
| CourtNotice | In Chambers | IN CHAMBERS | 3/12/2009 | Available at Courthouse |
| Notice | Notice Of Filing | NOTICE OF FILING BANKRUPTCY & REQUEST TO STAY PROCEEDINGS | 3/9/2009 | Available at Courthouse |
| CourtNotice | Notice Re: Reassignment | Notice Re: Reassignment | 1/12/2009 | Available |
| Arbitration | Certificate of Agreement | CERTIFICATE OF AGREEMENT REGARDING COMPULSORY ARBITRATION | 11/12/2008 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts #1124133 | 11/10/2008 | Available at Courthouse |
| Answer | Answer/Response To Complaint | ANSWER | 11/7/2008 | Available at Courthouse |

| Aff | Affidavit Of Service | AFFIDAVIT OF SERVICE - SAGUARO RANCH DEVELOPMENT CORP. | 9/8/2008 | Available at Courthouse |
|---|---|---|---|---|
| Receipt | All Money Receipts | All Money Receipts #1097310 | 9/3/2008 | Available at Courthouse |
| Arbitration | Certificate of Compulsory Arbitration | Certificate of Compulsory Arbitration | 9/3/2008 | Available at Courthouse |
| Open | Petition & Complaint | Petition & Complaint | 9/3/2008 | Available at Courthouse |